### THE PEOPLE *v.* QUIÑONES.

### APPEAL from the District Court of Humacao.

No. 67.—Decided March 25, 1907.

APPEAL — BILL OF EXCEPTIONS — STATEMENT OF FACTS — MANIFEST ERRORS.—
Where there is no bill of exceptions or statement of facts in the record, and it not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, it should be affirmed.

The facts are stated in the opinion.
*Mr. Rossy, fiscal,* for respondent.
The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court:

This cause was initiated upon a sworn complaint filed in the Municipal Court of Humacao, and then went on appeal to the district court.

Elías Quiñones was convicted by the latter of "simple assault and battery." He had a just and impartial trial, and after the evidence had been heard he was found guilty, being sentenced to pay a fine of $35 and the costs.

An appeal was also taken from this judgment.

No bill of exceptions or statement of facts has been submitted and the cause is before this Supreme Court without counsel for the defendant.

The *fiscal* asked for the affirmation of the judgment appealed from.

After a careful examination of the record, we do not find that the District Court of Humacao has committed any error, and we are certain of the fact that the sole purpose of the appeal was to delay the execution of the judgment, and therefore nothing is to be done but to affirm it in every respect, with the costs against the appellant, Elías Quiñones.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, MacLeary and Wolf concurred.